# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE PASCAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JRX CAPITAL LLC,<br><br>Defendant. | Case No.: 4:19-cv-03382-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING DEFENDANT JRX CAPITAL LLC's REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br><u>Case Management Conference</u><br>Date: October 1, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 2 |

The Court, having considered Defendant JRX Capital LLC's ("Defendant") Request to Appear Telephonically at the Case Management Conference, and good cause appearing therein, **HEREBY GRANTS** Defendant's request.

**IT IS THEREFORE ORDERED** that Defendant's counsel, Ryan D. Watstein, may appear telephonically at the Case Management Conference (D.E. 16), currently scheduled for October 1, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

9/26/2019
Dated

Hon. Haywood S. Gilliam, Jr.

ORDER