1  Mark L. Javitch (CA SBN 323729)
   Javitch Law Office
2  480 S. Ellsworth Ave
   San Mateo, CA 94401
3  Telephone: 650-781-8000
   Facsimile: 650-648-0705
4  mark@javitchlawoffice.com
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  LAWRENCE PASCAL, an individual          Case No. 4:19-cv-03382-HSG

12              Plaintiff,                   **NOTICE OF SETTLEMENT**

13  v.

14  JRX CAPITAL LLC, et. al.

15              Defendants.

16

17      NOW COMES PLAINTIFF, in his individual capacity, by and through his attorney, to

18  respectfully notify the Court that this case has settled.  Plaintiff requests that the Court vacate all

19  pending dates and deadlines.  Plaintiff requests the Court allow 45 (forty-five) days for the Parties to file

20  a stipulation of dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

21

22

23

24

25

26

27
                                    1
28
                                                          4:19-cv-03382-HSG

1  Dated: February 17, 2020

2                                        Respectfully submitted,

3                                        By:  /s/ Mark L. Javitch                    .

4                                        Mark L. Javitch (SBN 323729)
                                         Javitch Law Office
5                                        480 S. Ellsworth Ave
                                         San Mateo, CA 94401
6                                        Telephone: 650-781-8000
                                         Facsimile: 650-648-0705
7                                        mark@javitchlawoffice.com
                                         Attorney for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                              2
28